

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                              **CHAPTER 13 CASE NO.:**

**ZACHARY JORDAN McCLAIN**                  **25-10558-JDW**

## ORDER WITHDRAWING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (DKT. #2) (Dkt. #13)

THIS MATTER came before the Court on the Trustee's Objection to Confirmation of Chapter 13 Plan (Dkt. #2) (Dkt. #13) (the "Objection"). The issue presented in the Objection have been resolved; therefore, the Trustee requests that the Objection be withdrawn.

IT IS THEREFORE ORDERED, the Objection shall be and is hereby withdrawn.

### ### END OF ORDER ###

SUBMITTED BY:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE
6360 I-55 N, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645