B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi (Aberdeen)

| | |
|---|---|
| In re: | Case No.: 25-10558 |
| Zachary Jordan McClain | Judge: Jason D. Woodard |
| Debtor. | Chapter: 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
Carrington Mortgage Services, LLC

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglas Rd
Irvine, CA 92806
Phone: 888-561-4567
Last Four Digits of Acct #: 9557

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Service, LLC
P.O. Box 660586
Dallas, TX 75266-0586
Phone: 800-561-4586
Last Four Digits of Acct #: 9557

**Name of Transferor**
Renasant Bank, c/o. Cenlar Bank

Court Claim # (if known): 9
Amount of Claim: $64,796.78
Date Claim filed: 4/08/2025

Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

/s/ Randall Miller
As Agent for Transferee            Dated: 7/24/2025
Randall S. Miller & Associates, LLC
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 6198
248-335-9200
bk@rsmalaw.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI (ABERDEEN)

In Re:                                                                                                         Case No: 25-10558
Chapter: 13

Zachary Jordan McClain,                                                          Judge: Jason D. Woodard

              Debtor

## CERTIFICATE OF SERVICE

        The undersigned states that on July 24, 2025, copies of the **Transfer of Claim** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Zachary Jordan McClain<br>5915 Sweethome Rd<br>Holcomb, MS 38940 | Debtor's Attorney<br>Thomas C. Rollins, Jr.<br>PO BOX 13767<br>Jackson, MS 39236 | Chapter 13 Trustee<br>Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211 |
| | | U.S. Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200