2100 B (12/15)

# United States Bankruptcy Court

Northern District of Mississippi
Case No. 25-10558-JDW
Chapter 13

In re: Debtor(s) (including Name and Address)

Zachary Jordan McClain
5915 Sweethome Rd
Holcomb MS 38940

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/24/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 | Carrington Mortgage Services, LLC<br>1600 South Douglas Road<br>Irvine, California 92806 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/26/25

David J. Puddister
**CLERK OF THE COURT**

United States Bankruptcy Court
Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10558-JDW |
| Zachary Jordan McClain | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Jul 24, 2025 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4536981 | Email/Text: BKelectronicnotices@cenlar.com | Jul 24 2025 23:37:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 26, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Winona Branch c/o B. Joey Hood II Attorney at Law cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Kimberly D. Putnam | on behalf of Creditor RENASANT BANK msecf@ms.creditorlawyers.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Zachary Jordan McClain trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5