## UNITED STATES BANKRUPTCY COURT
### Northern District of Mississippi (Aberdeen)

| | |
|---|---|
| In re: | Case No: 25-10558 |
| Zachary Jordan McClain | Chapter: 13 |
| Debtors. | Judge: Jason D. Woodard |

## WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that Carrington Mortgage Services, LLC, through its attorneys, Randall S. Miller & Associates, LLC hereby withdraws the Transfer of Claim fded on July 24, 2025 as Document #22.

Dated: August 15, 2025

Respectfully Submitted,
Randall S. Miller & Associates, LLC

*/s/ Randall Miller*
Attorneys for Creditor
Randall S. Miller & Associates, LLC
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302
248-335-9200
bankruptcy@rsmalaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI (ABERDEEN)

In Re:                                           Case No: 25-10558 - Chapter: 13
Zachary Jordan McClain,                          Judge: Jason D. Woodard
Debtor

## CERTIFICATE OF SERVICE

The undersigned states that on August 15, 2025, copies of the **Withdrawal of Transfer of Claim** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Courfs CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Zachary Jordan McClain<br>5915 Sweethome Rd<br>Holcomb, MS 38940 | Debtor's Attorney<br>Thomas C. Rollins, Jr.<br>PO BOX 13767<br>Jackson, MS 39236 | Chapter 13 Trustee<br>Locke D. Barkley<br>6360 l-55 North<br>Suite 140<br>Jackson, MS 39211 |
| | | U.S. Trustee U.S. Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200