**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Zachary Jordan McClain, Debtor**          **Case No. 25-10558-JDW**
                                                                                             **Chapter 13**

### ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on 02/24/2025 and amended/modified by subsequent order(s) of the court, if any.  The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that    the    plan    meets    the    requirements    of    11    U.S.C.    §    1325.

IT IS ORDERED THAT:
1. The debtor's chapter 13 plan attached hereto is confirmed.
2. The following motions are granted *(if any)*:
   a. Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims made under Rule 3012 (§ 3.2 of the plan);
   b. Motion to avoid lien pursuant to Section 522 (§ 3.4 of the plan).
3. The stay under Section 362(a) is terminated as to the collateral only and the stay under Section 1301 is terminated in all respects regarding collateral listed in Section 3.5 of the plan *(if any)*.
4. All property shall remain property of the estate and shall vest in the debtor only upon entry of discharge. The debtor shall be responsible for the preservation and protection of all property of the estate not transferred to the trustee.
5. The debtors' attorney is awarded a fee in the amount of $4,000.00, of which $272.00 was previously paid. $3,728.00 is due and payable from the estate.

### ##END OF ORDER##

Approved:
**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr. (MSBN 103469) Attorney for the Debtor

Submitted by:
Locke D. Barkley, Ch. 13 Trustee
6360 I-55 N, Ste 140
Jackson, MS 39211
(601) 355-6661

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Zachary Jordan McClain** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **25-10558** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.

**3.4**

## Chapter 13 Plan and Motions for Valuation and Lien Avoidance          12/17

---

**Part 1:** Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

---

**Part 2:** Plan Payments and Length of Plan

**2.1** **Length of Plan.**

The plan period shall be for a period of **60** months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2** **Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay **$1,088.50** (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Entergy Mississippi LLC**
**PO Box 1640**
**Jackson MS 39215-0000**

| Debtor | **Zachary Jordan McClain** | Case number | **25-10558** |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3        Income tax returns/refunds.**

*Check all that apply*

☑    Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐    Debtor(s) will treat income refunds as follows:
_____

**2.4 Additional payments.**
*Check one.*

☑    **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

| **Part 3:** | **Treatment of Secured Claims** |

**3.1        Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)    Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.
☑

**1**        Mtg pmts to    **Carrington Mortgage Services** _____
Beginning    **May 2025** _____  @    **$712.88**  ☑ Plan    ☐ Direct.    Includes escrow ☑ Yes ☐ No

**1**        Mtg arrears to    **Carrington Mortgage Services** _____    Through    **April 2025** _____    **$5,779.91** _____

**3.1(b)** ☐    **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property    **-NONE-**
address: _____
Mtg pmts to
Beginning  month _____  @  _____   Plan      Direct.      Includes escrow  Yes  No

Property **-NONE-**    Mtg arrears to _____   Through   _____   _____

**3.1(c)** ☐    **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:    **-NONE-**          Approx. amt. due:           Int.
_____    _____         Rate*:
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ _____  **-NONE-** /month, beginning  month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

| Debtor | **Zachary Jordan McClain** | Case number | **25-10558** |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2**      **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

☐      **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑      Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **1st Franklin Financial** | $2,255.90 | **2017 Can Am Defender UTV** | $7,047.00 | $2,255.90 | **10.00%** |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **First Metropolitan Financial Services** | $1,390.26 | **Household Goods** | $1,000.00 | $1,000.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Riverland Fed Cred Uni** | $27,113.05 | **2021 Nissan Rogue 52000 miles** | $22,302.00 | $22,302.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| -NONE- | | | month |

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3**      **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐      **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑      The claims listed below were either:

| Debtor | **Zachary Jordan McClain** | Case number | **25-10558** |
|---|---|---|---|

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Family Choice** | **2006 Chevrolet Silverado 215000 miles** | **$4,516.85** | **10.00%** |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4     Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☐     **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑     The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor(s) would have been entitled under 11 U.S.C. § 522(b). Unless otherwise ordered by the court, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan unless the creditor files an objection on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). Debtor(s) hereby move(s) the court to find the amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 5 to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the plan. See 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). If more than one lien is to be avoided, provide the information separately for each lien.

| Name of creditor | Property subject to lien | Lien amount to be avoided | Secured amount remaining | Type of lien | Lien identification (county, court, judgment date, date of lien recording, county, court, book and page number) |
|---|---|---|---|---|---|
| **Advanced Recovery Syst** | **5915 Sweethome Rd Holcomb, MS 38940  Grenada County** | **$2,881.93** | **$0.00** | **Judgment Lien** | **Montgomery County Justice Court. Case #14488, Docket 35 Page 475** |

*Insert additional claims as needed.*

**3.5     Surrender of collateral.**

*Check one.*

☐     **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑     The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **OneMain Financial** | **2015 Jayco Jay Flight SLX** |
| **Riverland Fed Cred Uni** | **2014 Ford F250 128000 miles** |
| **Systems & Services Technologies, Inc.** | **2006 Tracker Tahoe Q6** |

*Insert additional claims as needed.*

**Part 4:     Treatment of Fees and Priority Claims**

Debtor   **Zachary Jordan McClain**                                    Case number   **25-10558**

**4.1   General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2   Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3   Attorney's fees.**

☑ No look fee:   **4,000.00**

Total attorney fee charged:          $**4,000.00**

Attorney fee previously paid:         $**272.00**

Attorney fee to be paid in plan per
confirmation order:                   $**3,728.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4   Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑   **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5   Domestic support obligations.**

☑   **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**Part 5:   Treatment of Nonpriority Unsecured Claims**

**5.1   Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐   The sum of $
☑   **100.00**   % of the total amount of these claims, an estimated payment of $   **46,599.61**
☐   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**2,985.75**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2   Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑   **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**Part 6:   Executory Contracts and Unexpired Leases**

**6.1   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑   **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**Part 7:   Vesting of Property of the Estate**

**7.1   Property of the estate will vest in the debtor(s) upon entry of discharge.**

Debtor      __Zachary Jordan McClain__          Case number    __25-10558__

---

Part 8:   **Nonstandard Plan Provisions**

**8.1      Check "None" or List Nonstandard Plan Provisions**

☐   **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
**If applicable, upon the filing of an Official Form 410S2 Notice of Postpetition Mortgage Fees, Expenses, and Charges, and absent any objection being filed within 60 days after the filing of said Notice, the Trustee is authorized to pay the amount contained in the Notice as a special claim over the remaining terms of the plan and adjust the plan payment accordingly. This does not constitute a waiver of the right to object to the Notice within one year pursuant to Rule 3002.1(e) of the Federal Rules of Bankruptcy Procedure.**

**If applicable, ad valorem taxes, past/present/future, if not paid by the mortgage company, shall be paid direct to the taxing authority by the Debtor and not paid through the Chapter 13 Plan.**

**\*\*\*US Dept of HUD shall be paid direct by debtor when due 9/1/2048.**

---

Part 9:   **Signatures:**

**9.1      Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X   __/s/ Zachary Jordan McClain__                    X   _____
    **Zachary Jordan McClain**                             Signature of Debtor 2
    Signature of Debtor 1

    Executed on   __July 22, 2025__                        Executed on   _____

    **5915 Sweethome Rd**                                  _____
    Address                                                Address
    **Holcomb MS 38940-0000**                              _____
    City, State, and Zip Code                              City, State, and Zip Code

    _____                                _____
    Telephone Number                                       Telephone Number


X   __/s/ Thomas C. Rollins, Jr.__                    Date   __July 22, 2025__
    **Thomas C. Rollins, Jr. 103469**
    Signature of Attorney for Debtor(s)
    **P.O. Box 13767**
    **Jackson, MS 39236**
    Address, City, State, and Zip Code
    **601-500-5533**                                       **103469 MS**
    Telephone Number                                       MS Bar Number
    **trollins@therollinsfirm.com**
    Email Address

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 25-10558-JDW

Zachary Jordan McClain                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: pdf0004 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary Jordan McClain, 5915 Sweethome Rd, Holcomb, MS 38940-9381 |
| 4521910 | | Asset Recovery Solutio, 220 E Devon Ave, Ste 200, Des Plaines, IL 60018 |
| 4525231 | + | Daniel A. Oppenheim, Attorney at Law, 2250 7th Street, Mandeville, LA 70471-1872 |
| 4545483 | + | First Metropolitan Financial Services, Inc., Winona Branch, 202 North Applegate, Winona, MS 38967-2124 |
| 4521918 | + | Lab Corp, 1300 Sunset Dr, Grenada, MS 38901-4081 |
| 4521922 | + | Riverland Fed Cred Uni, 639 Loyola Ave, New Orleans, LA 70113-3125 |
| 4521925 | + | Tyler Homes, 409 Tyler Homes Dr, #1521, Winona, MS 38967-1599 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4521907 | + | Email/Text: bankruptcy@1ffc.com | Aug 27 2025 23:56:00 | 1st Franklin Financial, Attn: Bankruptcy, 135 E. Tugalo Street, P.O. Box 880, Toccoa, GA 30577-0880 |
| 4532888 | + | Email/Text: bankruptcy@1ffc.com | Aug 27 2025 23:56:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa, GA 30577-0880 |
| 4521911 | | Email/Text: g17768@att.com | Aug 27 2025 23:55:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4535819 | + | Email/Text: g17768@att.com | Aug 27 2025 23:55:00 | AT&T Services, Inc., by AIS InfoSource LP as agent, Karen Cavagnaro, Esq., 1 AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 4521908 | + | Email/Text: bankruptcynotices@aarons.com | Aug 27 2025 23:56:00 | Aaron's, 400 Galleria Pkwy SE, #300, Atlanta, GA 30339-3182 |
| 4521909 | + | Email/Text: sbridwell@arscollections.com | Aug 27 2025 23:56:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 4543600 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 01:23:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4521912 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 27 2025 23:56:58 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 4571660 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2025 23:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglas Road, Irvine, California 92806 |
| 4580223 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 27 2025 23:55:00 | Carrington Mortgage Services, LLC, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 4521913 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 27 2025 23:56:00 | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 4536981 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 27 2025 23:56:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, |

|         |   |                                                                    |                      | Ewing, NJ 08618                                                                              |
|---------|---|--------------------------------------------------------------------|----------------------|---------------------------------------------------------------------------------------------|
| 4521914 | + | Email/Text: bankruptcy_notifications@ccsusa.com                    | Aug 27 2025 23:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679         |
| 4521915 | + | Email/PDF: creditonebknotifications@resurgent.com                  | Aug 28 2025 00:03:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273     |
| 4521916 |   | Email/Text: rrush@familychoicefinancial.com                        | Aug 27 2025 23:55:00 | Family Choice, 1105 Sunwood Dr, Grenada, MS 38901                                           |
| 4526761 |   | Email/Text: rrush@familychoicefinancial.com                        | Aug 27 2025 23:55:00 | Family Choice Financial, Inc., 1105 Sunwood Drive, Suite 5, Grenada, MS 38901               |
| 4527284 | ^ | MEBN                                                                | Aug 27 2025 23:54:17 | First Metropolitan Financial Services, c/o B. Joey Hood, II, Post Office Box 759, Ackerman, MS 39735-0759 |
| 4521917 | ^ | MEBN                                                                | Aug 27 2025 23:54:11 | First Metropolitan Financial Services, Attn: Bankruptcy, 6295 Summer Avenue, Ste 102, Memphis, TN 38134-5983 |
| 4542903 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com                    | Aug 27 2025 23:56:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 4542019 | + | Email/Text: bankruptcydpt@mcmcg.com                                | Aug 27 2025 23:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037                          |
| 4521919 | + | Email/Text: bankruptcydpt@mcmcg.com                                | Aug 27 2025 23:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069              |
| 4521920 | + | Email/PDF: cbp@omf.com                                              | Aug 28 2025 00:15:12 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142                  |
| 4534691 | + | Email/PDF: cbp@omf.com                                              | Aug 28 2025 00:04:47 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251                        |
| 4521921 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com               | Aug 28 2025 00:17:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 4541688 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com               | Aug 28 2025 00:15:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541                             |
| 4525232 |   | Email/Text: collections@riverlandcu.org                            | Aug 27 2025 23:56:00 | Riverland Federal Credit Union, 639 Loyola Avenue, Suite 220, New Orleans, LA 70113         |
| 4521923 | + | Email/Text: bankruptcy@sunrisecreditservices.com                   | Aug 27 2025 23:56:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004       |
| 4521924 | + | Email/Text: bankruptcysst@alorica.com                              | Aug 27 2025 23:55:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 4522464 |   | Email/PDF: OGCRegionIVBankruptcy@hud.gov                           | Aug 28 2025 00:04:44 | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta, GA 30303    |
| 4521926 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2025 23:55:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0537-1
Date Rcvd: Aug 27, 2025

User: autodocke
Form ID: pdf0004

Page 3 of 3
Total Noticed: 37

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Metropolitan Financial Services - Winona Branch c/o B. Joey Hood  II Attorney at Law cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Kimberly D. Putnam | on behalf of Creditor RENASANT BANK msecf@ms.creditorlawyers.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Zachary Jordan McClain trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5