# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| ZACHARY JORDAN McCLAIN | 25-10558-JDW |

## OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Notice of Mortgage Payment Change (the "Objection") and in support states as follows:

1. The Debtor[1] initiated this proceeding with the filing of a voluntary petition for relief on February 24, 2025. The Debtor's Chapter 13 plan was confirmed by order (Dkt. #29) on August 27, 2025 (the "Plan").

2. On April 8, 2025, Renasant Bank ("Renasant") filed its Proof of Claim (Clm. #9-1) (the "Claim") in the amount of $64,796.78 which is secured by the Debtor's principal residence. The Claim consists of prepetition arrearage in the amount of $5,779.91.

3. The Plan provided for the treatment of the claim of Renasant pursuant to §1322(b)(5) by curing the prepetition arrearage and maintaining the continuing monthly mortgage payment.

4. According to the Claim, the monthly mortgage payment was stated to be $712.88, which was comprised of principal and interest of $374.24 and monthly escrow of $338.64 (which includes private mortgage insurance of $43.21).

5. According to the Claim, the prepetition arrearage in the amount of $5,779.91 consisted of the following amounts:

| | |
|---|---|
| Principal and interest due: | $1,496.96 |
| Prepetition fees due: | 119.82 |

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise (e.g. Debtor1 or Debtor2).

1

|  |  |
|---|---|
| Escrow deficiency for funds advanced: | 1,056.07 |
| Projected escrow shortage: | 1,681.30 |
| March and April gap payments: | <u>1,425.76</u> |
| Total prepetition arrearage | $5,779.91 |

6.     On August 15, 2025, Carrington Mortgage Services, LLC ("Carrington") filed its Transfer of Claim Other than for Security (Dkt. #27) evidencing a transfer of the Claim from Renasant.

7.     On October 3, 2025, Carrington filed its Notice of Mortgage Payment Change ("NMPC") (Dkt. #31) which stated the monthly payment would increase to $518.95 effective November 1, 2025 (the "New Payment"). The basis for the change is stated to be a change in the escrow payment.

8.     According to the NMPC, the escrow payment will increase from $338.64 to $518.95. The new escrow payment is comprised of the required monthly escrow of $354.39 (an increase of $15.75) and an escrow shortage of $164.56. The amount for principal and interest is unchanged.

9.     As shown in ¶5 above, the escrow deficiency and shortage which existed as of the petition date were included in and will be collected through payment of the prepetition arrearage. With the inclusion of the deficiency and shortage in the prepetition arrearage, the escrow account should have been adjusted so that it was adequately funded as of the petition date for the following 12-month period.

10.     The collection of the shortage in the New Payment will result in the shortage amount being collected twice. Once as part of the prepetition arrearage and again as the escrow shortage component which is part of the New Payment.

11.     The Trustee alleges that the escrow shortage is incorrect and should not be allowed as part of the New Payment.

12.     The Trustee requests that the New Payment stated in the NMPC be reduced by the amount of the escrow shortage of $164.56. The New Payment should be

set at $728.63[2] and Carrington be ordered to correct the escrow account consistent with the amounts included in the Claim.

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: October 8, 2025

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY: /s/ W. Jeffrey Collier
W. JEFFREY COLLIER
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Dated: October 8, 2025

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER

---

[2] $374.24 (principal and interest) + $354.39 (required escrow) = $728.63 (monthly payment)