### UNITED STATES BANKRUPTCY COURT
### Northern District of Mississippi (Aberdeen)

*In Re:*
Zachary Jordan McClain                                    **Case** No. 25-10558-JDW
**Debtor(s)**                                                          **Chapter 13**

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Please accept this notice that *Carrington Mortgage Services, LLC,* respectfully notifies this Court that its Notice of Mortgage Payment Change filed on October 03, 2025, for claim number 9-1, is hereby withdrawn.

Dated: October 31, 2025                    Respectfully Submitted,

By: /s/ Shakyra Hopkins
Shakyra Hopkins
Authorized Agent for Creditor
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039
682.808.5373 Office
817.522.7558 Fax
pcninquiries@lha-law.com

WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE                                    1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Withdrawal of Notice of Mortgage Payment Change was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on October 31, 2025:

Chapter 13 Trustee:
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Debtor's Counsel:
Thomas C. Rollins, Jr.
PO BOX 13767
Jackson, MS 39236

U.S. Trustee
Office of the United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

By: /s/ Shakyra Hopkins
Shakyra Hopkins
Authorized Agent for Creditor
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039
682.808.5373 Office
817.522.7558 Fax
pcninquiries@lha-law.com