UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
    ZACHARY JORDAN MCCLAIN                              CASE NO. 25-10558-JDW

         DEBTOR                                                                                          CHAPTER 13

### NOTICE OF CANCELLATION OF HEARING

NOTICE IS HEREBY GIVEN that the hearing for the Status Hearing in the above styled and number case which was scheduled on December 9, 2025 at 1:30 p.m., has been canceled.

                                                               FOR THE COURT

                                                               SHALLANDA J. CLAY, CLERK

                                                               By:   MDH
                                                                          Deputy Clerk
                                                                          703 Highway 145 North
                                                                          Aberdeen, MS  39730
                                                                          Telephone:  (662) 369-2596

DATE OF ISSUANCE:  October 31, 2025