# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ZACHARY JORDAN MCCLAIN;**     **CHAPTER 13**
                                                **CASE NO. 25-10558- JDW**

    **Debtor.**

## NOTICE OF APPEARANCE

Comes now the undersigned, and Notices his appearance as attorney of record for Carrington Mortgage Services LLC in the above referenced matter.

                                                /s/ Michael Lindsey
                                                Michael Lindsey, MS Bar No. 106094
                                                Halliday, Watkins & Mann, P.C.
                                                244 Inverness Center Dr, Ste 200
                                                Birmingham, Al 35242
                                                michaell@hwmlawfirm.com
                                                801-355-2886

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on December 1, 2025, to wit:

Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Zachary Jordan McClain
5915 Sweethome Rd
Holcomb, MS 38940

                                                      /s/ Michael Lindsey